### 45674. NEWMAN v. HAGLER et al.
(369 SE2d 471)

ORDER OF COURT.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

SMITH, Justice, dissenting.

I think the agreement in this case is not valid. For other reasons see Smith, J., dissenting in *Shankman v. Coastal Psychiatric Assoc.,* 258 Ga. 294 (368 SE2d 753) (1988).